**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOIDY TANG, individually and on behalf of a class, | ) ) ) | |
| | ) | 11 C 600 |
| Plaintiff, | ) ) | Judge Charles P. Kocoras |
| v. | ) ) | |
| STELLAR RECOVERY, INC, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Pursuant to the Notice of Dismissal, **IT IS HEREBY ORDERED:**

This matter is dismissed with prejudice as to Plaintiff only, without prejudice to the putative class.

ENTERED:

_____
Honorable Charles P. Kocoras
United States District Court Judge

DATE:     May 12, 2011