# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Loidy Tang <br> *Plaintiff* <br> v. <br> Stellar Recovery, Inc. <br> *Defendant* | Civil Action No. 11 C 600 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This matter is dismissed with prejudice as to plaintiff Loidy Tang only, and without prejudice to the putative class. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered as to plaintiff Loidy Tang only.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: May 12, 2011

Michael W. Dobbins, Clerk of Court

/s/ Stephen C. Tokoph
Deputy Clerk